

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00329-CR

Brian **FAZIO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5284
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due October 5, 2017. After we sent a late brief notice, appellant filed his first motion for extension of time, which we granted in part. Thereafter, appellant's brief was due November 13, 2017. Appellant has now filed a second motion for extension of time asking that we extend time to file the brief to December 2, 2017, which is a Saturday. We note that in his motion appellant states this is a request for an additional fifteen days; however, it is actually a request for an additional nineteen days. Moreover, because December 2, 2017, is a Saturday, the brief would actually be due Monday December 4, 2017, which is a total of twenty-one days from the current due date. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before December 4, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court